CITIBANK, N.A., Respondent, v ANGST, INC., et al., Defendants, and JOHN M. McNAMARA, Appellant.

Submitted June 1, 2009; decided September 1, 2009

Reported below, 61 AD3d 484.

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution (*see* Karger, Powers of the New York Court of Appeals § 4:11, at 83-85 [3d ed rev]).

DEBRA H., Appellant, v JANICE R., Respondent.

Submitted July 20, 2009; decided September 1, 2009

Reported below, 61 AD3d 460.

Motions for a stay of the Appellate Division order reversing Supreme Court's October 2, 2008 order granted to the extent of reinstating and permitting enforcement of so much of Supreme Court's order as allowed appellant Sunday visitation with the child.

DEBRA H., Appellant, v JANICE R., Respondent.

Submitted August 10, 2009; decided September 1, 2009

Reported below, 61 AD3d 460.

Motion by National Association of Social Workers et al. for leave to file a brief amici curiae on the motion for leave to appeal herein granted and the brief is accepted as filed, and for leave to file a brief amici curiae on the appeal herein granted, and the brief is accepted as filed.